

**Equal Access Law Group, PLLC**

68-29 Main Street,

Flushing, New York 11367

Tel.: +1 (718) 914-9694

Email: acohen@ealg.law

**VIA ECF**
Hon. Judge Orelia E. Merchant
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

February 20, 2025

   Re: <u>1:24cv8063, Raheel V. The Webster US, LLC</u>
     <u>Notice of Settlement</u>

Dear Judge Merchant:

  The undersigned represents Aisha Raheel, the plaintiff in the above-referenced matter.

  I write to advise the Court that this case has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

  Thank you for your attention to this matter.

             Respectfully Submitted,

             _Asher Cohen_

             Asher H. Cohen, Esq.
             *Attorney for Plaintiff*

